# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

MANUEL ORTIZ-CAMACHO

REDACTED

## Criminal Complaint

CASE NUMBER: 06-142 M

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __November 16, 2006__ in __New Castle__ County, in the District of Delaware, defendant knowingly possessed an alien registration receipt card, required as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, in violation of Title __18__ United States Code, Section(s) __1546(a)__.

I further state that I am a(n) __Special Agent, Department of Homeland Security, ICE__ and that this complaint is based
                                                    Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:    Yes X

_____
Signature of Complainant
William O. Horn
Special Agent, ICE

Sworn to before me and subscribed in my presence,

__November 17, 2006__          at    __Wilmington, DE__
Date                                                     City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                     Signature of Judicial Officer

## AFFIDAVIT

I, William O. Horn, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, when I was employed by the Immigration and Naturalization Service (INS). The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, and my own observations and interviews.

3. On or about November 16, 2006, ICE Agents encountered Manuel ORTIZ-Camacho at his residence at                    , Newark, Delaware, in the District of Delaware. Manuel ORTIZ-Camacho was advised of his rights and interviewed, at which time he stated that he is in the United States illegally, having entered the United States from Mexico in June of 2000.

4. On November 16, 2006, Manuel ORTIZ-Camacho gave consent to search his residence for documentation of his identity. In the course of that search, a wallet belonging to ORTIZ was found. Within that wallet was a counterfeit Alien Registration Receipt Card. An Alien Registration Receipt Card is a document issued by the United States to an alien lawfully permitted to reside permanently in the United States.

5. On November 17, 2006, your affiant advised Manuel ORTIZ-Camacho of his rights and interviewed him at the ICE office in Dover, DE, where he advised your affiant that his true and correct name is Manuel ORTIZ-Camacho and that he is a citizen of Mexico. When asked, Manuel ORTIZ-Camacho stated that he had purchased a counterfeit Alien Registration Receipt Card approximately four years ago, and that he knew that the card was not a valid card and had not been issued by the government of the United States.

7. Your affiant has reviewed the computerized databases of ICE and Citizenship and Immigration Services (CIS), another component of the Department of Homeland Security that was previously part of the INS, and found no evidence of any lawful status for Manuel ORTIZ-Camacho.

WHEREFORE, your affiant avers there is probable cause to believe that Manuel ORTIZ-Camacho, a citizen and national of Mexico, knowingly possessed a counterfeit Alien Registration Receipt Card, knowing that such document was counterfeit, in violation of Title 18, United States Code, 1546(a).

William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement