IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-133 |
| ) | |
| MANUEL ORTIZ-CAMACHO, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

**REDACTED**

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about November 16, 2006, in the State and District of Delaware, Defendant Manuel Ortiz-Camacho, an alien and subject of Mexico, knowingly possessed an alien registration receipt card, knowing it to be forged, counterfeited, altered, and falsely made, in violation of Title 18 United States Code, Section 1546(a).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Robert F. Kravetz
Assistant U.S. Attorney

Dated: November 28, 2006