UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,           )
                                )
                                )   CASE NO. CR 06-133 (JJF)
       vs.                       )
                                )
   Manuel Ortiz-Camacho          )
                                )
            Defendant.           )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on December 11, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until February 21, 2007. The time between the date of this order and February 21, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                    _____
                                    Honorable Mary Pat Thynge
                                    U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
DEC 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE