## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )

         Plaintiff,    )

   v.    )    Criminal Action No. 06-133-JJF

MANUEL ORTIZ-CAMACHO,    )

         Defendant.    )    REDACTED

### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, respectfully states:

    1.    On November 28, 2006, defendant Manuel Ortiz-Camacho was indicted for knowingly possessing a counterfeit alien registration receipt card, in violation of 8 U.S.C. § 1546(a).

    2.    On December 11, 2006, United States Magistrate Judge Mary Pat Thynge held a detention hearing and issued an order releasing the defendant with various release conditions. Because the defendant is in the United States illegally, the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), took the defendant into ICE custody to begin immigration removal proceedings.

    3.    The defendant, thus, has remained in federal custody with ICE since December 11, 2006. The defendant is currently detained in ICE custody at York County Prison, 3400 Concord Road, Suite #2, York, PA 17402.

4.    United States District Judge Joseph J. Farnan, Jr. has scheduled a hearing in the defendant's federal criminal case for Thursday, April 19, 2007, at 10:00 a.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware; and to United States Immigration and Customs Enforcement, Office of Detention and Removal, Assistant Field Operations Director, York, Pennsylvania, to bring the said defendant Manuel Ortiz-Camacho before this Court on Thursday, April 19, 2007, at 10:00 a.m. for an Initial Appearance and to be transferred back to the custody of United States Immigration and Customs Enforcement at the conclusion of the hearing.

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: April 11, 2007