*Filed in open court this 19th day of April, 2007*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06-133-JJF |
| MANUEL ORTIZ-CAMACHO | ) ) ) |
| Defendant. | ) ) |

### MOTION TO REVOKE ORDER SETTING RELEASE CONDITIONS

**NOW COMES** the United States and moves under 18 U.S.C. § 3145(a) to revoke the order setting conditions of release issued on December 11, 2006, and for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(d), (e) and (f). In support of the motion, the United States alleges that there is a serious risk the defendant will flee, and that detention is necessary to ensure the defendant's appearance as required.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: April 19, 2007



FILED
APR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE