IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-133-JJF |
| MANUEL ORTIZ-CAMACHO, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court held a Scheduling Conference on April 19, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The December 11, 2006 Order setting conditions of release for Manuel Ortiz-Camacho is **REVOKED**.

2. The Defendant shall be placed in the custody of the United States Marshal Service for the District of Delaware who will detain the Defendant and assure the appearance of the defendant at all scheduled court proceedings.

3. A Status Conference will be held on Wednesday, May 16, 2007 at 11:00 a.m., in Courtroom 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

4. The time between the date of this Order and May 16, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).



April 19, 2007
DATE

UNITED STATES DISTRICT JUDGE

FILED
APR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE