IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-133-JJF |
| MANUEL ORTIZ-CAMACHO, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court has received a Memorandum of Plea Agreement in the above-captioned case (D.I. 21);

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Wednesday, May 16, 2007, at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. Sentencing will immediately follow the Rule 11 hearing.

3. The time between the date of this Order and May 16, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).



April 30, 2007
DATE

UNITED STATES DISTRICT JUDGE

FILED
MAY 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE