IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-133 JJF |
| v. | § | |
| | § | |
| MANUEL ORTIZ-CAMACHO | § | |
|     Defendant. | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF YORK COUNTY PRISON, YORK, PENNSYLVANIA

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **MANUEL ORTIZ-CAMACHO** who is now detained and imprisoned in the **YORK COUNTY PRISON** and who is a defendant in the above-entitled cause, in which cause the said **MANUEL ORTIZ-CAMACHO** was charged with POSSESSION OF A COUNTERFEIT ALIEN REGISTRATION RECEIPT CARD a violation of Title 8 U.S. Code, Section 1546(a) for an **INITIAL APPEARANCE on THURSDAY, APRIL 19, 2007 at 10:00 A.M.** and to remain in the custody of the U.S. Marshal until the conclusion of the hearing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Joseph J. Farnan, Jr., U.S. District Judge of the District Court of the United States for the District of Delaware, this 13th day of April, 2007.

PETER T. DALLEO, CLERK

By: _Evette Walson_
    Deputy Clerk

FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFIED: 4-13-07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _[signature]_
Deputy Clerk